# First District Court of Appeal
## State of Florida

———————————————

No. 1D17-4067

———————————————

PHILLIP CASCIOLA,

Appellant,

v.

BERNARD DALEY and STEPHEN
TOURTELOT,

Appellees.

———————————————

On appeal from the Circuit Court for Leon County.
Terry Lewis, Judge.

February 5, 2019

PER CURIAM.

AFFIRMED.

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Phillip Casciola, pro se, Appellant.

Bernard Daley, pro se, Tallahassee, and Stephen Tourtelot, pro se, St. Petersburg, Appellees.